### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLORADO
### Judge William J. Martínez

Criminal Case No. 03-cr-00595-WJM-01

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    **LASARO PAREDES-ROSALES**,

    Defendant.

_____

### ORDER GRANTING "UNOPPOSED MOTION TO REDUCE SENTENCE PURSUANT TO 18 U.S.C. § 3582"
_____

This matter is before the Court on the Defendant's "Unopposed Motion to Reduce Sentence Pursuant to 18 U.S.C. § 3582." (ECF No. 169). Having considered the motion and the agreement of the parties represented therein, the Court finds: 1) the sentence previously imposed has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u); 2) the defendant is eligible for relief under 18 U.S.C. § 3582(c)(2) and U.S.S.G. §1B1.10; 3) the amended guideline range as reflected in the unopposed motion is correctly calculated.

The Court's determination of the Guideline Range prior to any departures is as follows:

    Previous Offense Level:    35
    Criminal History Category:    III
    Previous Guideline Range:    210 months

    Amended Offense Level:    33

        Criminal History Category:       III
        Amended Guideline Range:    168-210 months

It is further ordered that the motion is GRANTED. Taking into account the factors set forth in 18 U.S.C. § 3553(a) and any guideline or statutory reductions, to the extent applicable, the previously imposed sentence of 210 months imprisonment is reduced to **168 months on both Counts One and Eight**, EFFECTIVE November 1, 2015.

All other provisions of the Judgment entered on November 18, 2004, shall remain in effect.

Dated this 26th day of May, 2015.

                                      BY THE COURT:

                                      William J. Martinez
                                      United States District Judge